IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS CLARK,

      Plaintiff,               No. CIV S-06-1725 GGH

   vs.

JO ANNE BARNHART,

      Defendant.           ORDER

_____/

      Plaintiff has requested that this action be dismissed without prejudice.

      Accordingly, IT IS HEREBY ORDERED that defendant notify this court, within ten days, whether she has any objection to the dismissal of this action.  Should defendant fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED:  1/5/07

                                                /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

GGH:076
Clark1725.59a.wpd

1