IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS CLARK,

      Plaintiff,                    No. CIV S-06-1725 GGH

   vs.

JO ANNE BARNHART,

      Defendant.              <u>ORDER</u>

_____/

        Plaintiff has requested that this action be dismissed without prejudice.  Defendant has filed a statement indicating no objection to dismissal.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED: 1/19/07                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

GGH:076
Clark1725.59